# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Jael Sarai OROZCO AHUMADA<br>aka "Jael Sarai Orozco,"<br>aka "Tammy Marie Rodriguez Sierra." | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>13 M 13 00656 |

Complaint for violation of Title 18, United States Code, Section 1542: False Statement in Passport Application.

FILED
CLERK U.S. DISTRICT COURT
MAR 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| NAME OF MAGISTRATE JUDGE<br>Honorable Jay C. Gandhi | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Los Angeles, CA |
|---|---|---|

| DATE OF OFFENSE<br>July 15, 2008 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about July 15, 2008, defendant **Jael Sarai Orozco Ahumada**, also known as ("aka") "Jael Sarai Orozco," aka "Tammy Marie Rodriguez Sierra," willfully and knowingly made a false statement in an application for a passport, with intent to induce and secure for her own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that, in such application, defendant stated that she was Tammy Marie Rodriguez Sierra, born in 1988, in Guayama, Puerto Rico. In truth and in fact, as defendant then knew, she was not Tammy Marie Rodriguez Sierra, born in 1988, in Guayama, Puerto Rico.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>David Chin   /S/ |
|---|---|
| | OFFICIAL TITLE<br>SPECIAL AGENT -- U.S. Diplomatic Security Service |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br><br>Jay C. Gandhi | DATE<br><br>March 4, 2013 |
|---|---|

) See Federal Rules of Criminal Procedure rules 3 and 54.

USA:AK  MN   REC: Detention

investigation. Where I report statements made by others, those statements are reported in substance and in part only.

## PURPOSE OF AFFIDAVIT

3. This Affidavit is made in support of a criminal complaint and an arrest warrant for JAEL SARAI OROZCO AHUMADA ("AHUMADA"), also known as ("aka") "Jael Sarai Orozco," aka "Tammy Marie Rodriguez Sierra," for violation of Title 18, United States Code, Section 1542, false statement in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States. This Affidavit does not purport to set forth all of my knowledge of this investigation.

## PROBABLE CAUSE

4. On or around July 15, 2008, an individual identifying herself as Tammy Marie Rodriguez Sierra ("Sierra"), with a date of birth of November 04, 1988, and place of birth as Guayama, Puerto Rico, executed U.S. Passport Application DS-11 number 317249005 (the "Application"). The Application was submitted to the United States Post Office, located in Palmdale, California, within the Central District of California. As proof of identity in support of the Application, the individual presented California Department of Motor Vehicles Driver's Identification Card number E3081422, issued on July 03, 2008, also in the name of Tammy Marie Rodriguez Sierra. As proof of United States

citizenship in support of the Application, the individual submitted a Puerto Rican birth certificate, filed on November 07, 1988 and issued on November 08, 2004, also in the name of Tammy Marie Rodriguez Sierra. Sierra provided a mailing address of 1055 Lakeview Drive, Palmdale, California on the Application.

5. The U.S. Department of State accepted the Application and on July 21, 2008, the Charleston Passport Center, located in Charleston, South Carolina, issued U.S. Passport Book number 448828724, in the name of Tammy Marie Rodriguez Sierra. The passport book was mailed to 1055 Lakeview Drive, Palmdale, California.

6. On August 16, 2012, the DSS Los Angeles Field Office received information from Customs and Border Protection ("CBP") at the Los Angeles International Airport ("LAX") that Sierra had presented U.S. Passport Book number 448828724 upon entry into the United States from Mexico and had been detained by CBP at LAX based upon a suspicion that Sierra had committed identity theft. She was referred to secondary inspection, where she was interviewed by CBP officers and her fingerprints were obtained.

7. On August 16, 2012, Special Agent Ibia Macias of HSI and I attempted to interview Sierra at the CBP office at Los Angeles International Airport. She invoked her right to counsel and signed an Advisement of Rights form using the name "Jael S. Orozco".

8. On August 17, 2012, I submitted to the Biometric Support Center, Department of Homeland Security ("DHS BSC"), the fingerprints that CBP obtained from the person who identified herself as Sierra to compare against a fingerprint obtained from official databases for records assigned to Alien Registration file ("A-file") ending in -0696 for Jael Sarai Orozco Ahumada ("AHUMADA"). The DHS BSC reported that the fingerprints obtained from the individual who identified herself as Sierra matched the fingerprint obtained from official databases for records assigned to AHUMADA'S A-file ending in -0696.

9. On August 19, 2012, I submitted the fingerprints CBP obtained from the person who identified herself as Sierra to DHS BSC to compare the thumbprint from CA DMV record number D6625271 in the name of Jael Sarai Orozco. DHS BSC reported that the fingerprints CBP obtained from the individual who identified herself as Sierra matched the thumbprint in the CA DMV file for Jael Sarai Orozco.

10. I received information from HSI Special Agent Ibia Macias ("SA Macias") regarding PULIDO'S A-file. SA Macias reported that PULIDO's A-file contained, among other things, the following information:

   a. SA Macias told me that AHUMADA's A-file contained photographs of AHUMADA that resembled the woman who identified herself as Sierra. Those pictures also

resembled the photograph contained in Passport Book number 448828724 AHUMADA presented to CBP on August 16, 2012, but issued in the name of Sierra.

    b.   SA Macias told me that AHUMADA's A-file also contained a copy of a birth certificate issued in El Salvador in the name of JAEL SARAI OROZCO AHUMADA, showing AHUMADA'S date of birth as 11/21/1985, place of birth as Ilopongo, El Salvador, and date of registration as 11/30/1985.

11.   AHUMADA is currently in immigration custody. I understand that an immigration judge has issued a final order of removal for AHUMADA but that AHUMADA has filed an appeal of that order.

///

///

///

**CONCLUSION**

12. Based on the foregoing facts, I believe there is probable cause to arrest AHUMADA for violation of Title 18, United States Code, Section 1542, false statement in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States.

/S/
David Chin
Special Agent
United States Department of State,
Diplomatic Security Service


Sworn and subscribed to before me this ___ day of March, 2013.

Jay C. Gandhi

UNITED STATES MAGISTRATE JUDGE