# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

| | |
|---|---|
| Case No.  CR 13-0221-DOC | Date  March 17, 2014 |

Present: The Honorable  **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Julie Barrera | Debbie Gale | Aron Ketchel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| JAEL SARAI OROZCO AHUMADA | ☐ | X | Robison Harley | ☐ | ☐ | X | None |

**PROCEEDINGS:**       SENTENCING AND JUDGMENT HEARING       ☐ Contested       X Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.       **X** Refer to separate Judgment Order.
___ Imprisonment for _Years/months_ on each of counts _____
___ Count(s) _____ concurrent/consecutive to count(s) _____
___ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
       ___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends
       commencing _____
___ years/months Supervised Release/Probation imposed on count(s) _____
   consecutive/concurrent to count(s) _____
   under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
       ___ Perform _____ hours of community service.
       ___ Serve _____ in a CCC/CTC.
       ___ Pay  $_____ fine amounts & times determined by P/O.
       ___ Make  $_____ restitution in amounts & times determined by P/O.
       ___ Participate in a program for treatment of narcotic/alcohol addiction.
       ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
       ___ Other conditions: _____
___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
___ Pay  $_____ per count, special assessment to the United States for a total of $_____
___ Imprisonment for _months/years_ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within _days/months_ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
___ Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.       ___ Processed statement of reasons.
**X** Bond exonerated       **X** upon surrender to RRC       ___ upon service of _____
___ Execution of sentence is stayed until 12 noon,  on _____
   at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release       # _____
___ Present bond to continue as bond on appeal.       ___ Appeal bond set at  $_____
___ Filed and distributed judgment. ENTERED.
       Counsel advised if Residential Reentry Center (RRC) facility is not determined by April 11, 2014, parties are to return to Court
**X** Other  on April 14, 2014 at 1:30 p.m.

                                                                                                      :  47
                                                                      Initials of Deputy Clerk  jcb

cc: USPO, PSA